Case 4:18-cv-04396   Document 26   Filed on 06/28/19 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 28, 2019
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | § | |
|       Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:18-04396 |
| | § | |
| JESUS REYES, | § | |
|       Defendant. | § | |

## TRANSFER ORDER

Before the Court is Defendant's Motion to Dismiss Plaintiff's Amended Complaint and/or Motion to Transfer Venue Under 28 U.S.C. § 1406 ("Motion to Dismiss and Transfer") [Doc. # 23]. Plaintiff has filed a response, consenting to transfer to the Corpus Christi Division of the Southern District of Texas and opposing dismissal of its complaint.[1] It is hereby

**ORDERED** that Defendant's Motion to Transfer is **GRANTED** and this case is **TRANSFERRED** to the Corpus Christi Division of the Southern District of Texas. It is further

---

[1] Plaintiff's Oppostion to Defendnat's Motion to Dismiss and/or Motion to Transfer Venue Under 28 U.S.C. § 1406 ("Response") [Doc. # 25].

ORDERED that Defendant's Motion to Dismiss is **DENIED without prejudice**. Defendant may refile his Motion to Dismiss after transfer to the Corpus Christi Division is complete.

SIGNED at Houston, Texas, this 28th day of **June, 2019.**

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE